In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of GEORGE HESS, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; SILAS L. STRIVINGS et al., Respondents.

*Matter of Hess*, 110 App. Div. 476, affirmed.

(Submitted January 18, 1907; decided February 1, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 3, 1906, which affirmed a decree of the Wyoming County Surrogate's Court refusing to assess a transfer tax on certain real property transferred by George Hess, deceased, prior to his death.

*Frank K. Cook* and *L. A. Walker* for appellant.

*Irving G. Botsford* for respondents.

Order affirmed, with costs, on opinion of SPRING, J., below. Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.